IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| PATRICK SIMMONS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 3:08cv85-WHA |
| ) | |
| JESSICA WILSON, ) | |
| ) | |
| Defendant. ) | |

**CERTIFICATE OF SERVICE OF NOTICE OF REMOVAL**

COMES NOW W. Christopher Waller, Jr., attorney for Defendant Jessica Wilson, and certifies and shows unto this Court that on or about the 7th day of February 2008, he did serve notice upon the Clerk of the Circuit Court of Macon County, Alabama, and upon E. Daine Sharpe, attorney for Plaintiff Patrick Simmons, by U.S. mail, properly addressed and postage prepaid, a true and correct copy of the Notice of Removal filed herein, and that attached to said Notice of Removal were true and correct copies of the original Summons and Complaint in the action originally filed in the Circuit Court for Macon County, Alabama.

Respectfully submitted this, the 7th day of February 2008.

_____
W. CHRISTOPHER WALLER, JR. (WAL187)
Attorney for Defendant Jessica Wilson

OF COUNSEL:
Ball, Ball, Matthews & Novak, P.A.
2000 Interstate Park Drive
Suite 204
Montgomery, Alabama 36109
Telephone: 334-387-7680
Facsimile: 334-387-3222
Email: CWaller@ball-ball.com