IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

PATRICK SIMMONS  )
              )
    Plaintiff,   )
              )
v.            )   CASE NO. 3:08-CV-00085-WHA
              )
JESSICA WILSON   )
              )
    Defendants, )

**CONFLICT DISCLOSURE STATEMENT**

COMES NOW JESSICA WILSON, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[✓] This party is an individual, or

[ ] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
|  |  |
|  |  |
|  |  |

2/8/2008
Date

s/ W. Christopher Waller, Jr.
(Signature)

W. CHRISTOPHER WALLER, JR.
(Counsel's Name)

Jessica Wilson, Defendant
Counsel for (print names of all parties)

2000 INTERSTATE PARK DRIVE, SUITE 204
MONTGOMERY, ALABAMA 36109
Address, City, State Zip Code

(334) 387-7680
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
<u>EASTERN</u> DIVISION

## CERTIFICATE OF SERVICE

I, <u>W. CHRISTOPHER WALLER, JR.</u>, do hereby Certify that a true and correct copy of the foregoing has been furnished by <u>ELECTRONIC FILING</u> (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this <u>8TH</u> day of <u>FEBRUARY</u> 20<u>08</u> to:

E. DAINE SHARPE, ESQ.

134 N. BROADNAX STREET

DADEVILLE, ALABAMA  36853

| | |
|---|---|
| 2/8/2008 | s/ W. Christopher Waller, Jr. |
| Date | Signature |