**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**EASTERN DIVISION**

| | |
|---|---|
| PATRICK SIMMONS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CASE NO. 3:08-cv-085-WHA |
| JESSICA WILSON, | ) |
| | ) |
| Defendant. | ) |

**REPORT OF PARTIES' PLANNING MEETING**

1. Pursuant to <u>Federal Rules of Civil Procedure</u>, Rule 26(f), a telephonic meeting was held on February 25, 2008, and was attended by, E. Daine Sharpe, attorney for plaintiff, and W. Christopher Waller, Jr., attorney for Defendant Jessica Wilson.

2. **Pre-Discovery Disclosures**. The Parties will exchange the information required by <u>Fed.R.Civ.P</u>. 26(a)(1) on or before by April 14, 2008.

3. **Discovery Plan**. The Parties jointly propose to the Court the following discovery plan:

(a) Discovery will be needed on the following subjects: Plaintiff has alleged negligence and wantonness by defendant Wilson. Defendant disputes both liability and damages. Thus, discovery will be necessary in regard to the plaintiff's claims as well as defendant Wilson's affirmative defenses.

(b) All discovery will be commenced in time to be completed by February 2, 2009.

(c) Maximum of 40 Interrogatories by each party to any other party. (Responses due 30 days after service.)

(d) Maximum of 40 Requests for Admission by each party to any other party. (Responses due 30 days after service.)

(e) Maximum of 40 Requests for Production of documents by each party to any other party. (Responses due 30 days after service.).

(f) Maximum of 7 depositions by plaintiff and 7 depositions by defendant.

(g) Each deposition shall be limited to seven hours, excluding breaks.

(h) Reports from retained experts under Rule 26(a)(2) are due: from plaintiff by November 10, 2008; by defendant by November 24, 2008.

(i) Rebuttal reports from previously designated experts under Rule 26(a)(2) due: from plaintiff by December 1, 2008; by defendant by December 15, 2008.

(j) Supplementations under Rule 26(e) due within twenty (20) days of obtaining additional discoverable information.

4. **Other Items.**

(a) The Parties do not request a conference with the Court before entry of the Scheduling Order.

(b) The Parties request a pretrial conference the week of February 23, 2009.

(c) Plaintiff and defendants should be allowed until September 1, 2008 to join additional parties and amend the pleadings without leave of Court.

(d) All potentially dispositive motions must be filed by November 24, 2008.

(e) The Parties cannot accurately evaluate the claims for settlement at this time but are hopeful ADR may be useful in the future after discovery has been conducted.

(f) Final lists of witnesses under Rule 26(a)(3) should be due from all parties on or before February 24, 2009.

(g) Final lists of exhibits under Rule 26(a)(3) shall be furnished to all parties and due on or before February 24, 2009.

(h) Parties should have fourteen (14) days after service of final lists of witnesses and exhibits to list objections under Rule 26(a)(3).

(i) The case should be ready for trial by April 6, 2009, and at this time is expected to take approximately 2 days.

DATED: February 28, 2008.

Respectfully submitted,

By: s/ W. Christopher Waller, Jr.
W. CHRISTOPHER WALLER, JR. (WAL187)
Attorney for Defendant Jessica Wilson

OF COUNSEL:

BALL, BALL, MATTHEWS & NOVAK, P.A.
2000 Interstate Park Drive, Suite 204
Post Office Box 2148
Montgomery, AL 36102-2148
Telephone (334) 387-7680
Facsimile  (334) 387-3222

Respectfully submitted,

By: s/ E. Daine Sharpe
E. DAINE SHARPE (SHA034)
Attorney for Plaintiff Patrick Simmons

OF COUNSEL:

134 N. Broadnax Street
Dadeville, Alabama 36853