IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| PATRICK SIMMONS, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 3:08-cv-00085-WHA |
| JESSICA WILSON, | ) |
| Defendant. | ) |

**STIPULATION OF DISMISSAL**

It is hereby STIPULATED and AGREED by and between the Plaintiff Patrick Simmons and Defendant Jessica Wilson that the claims of Patrick Simmons against Defendant Jessica Wilson be dismissed with prejudice, with each party to bear his, her or its own costs.

DONE this the 10th day of July, 2008.

_____       _____
E. DAINE SHARPE                                        W. CHRISTOPHER WALLER, JR.
Attorney for Plaintiff                                   Attorney for Defendant

OF COUNSEL:                                           OF COUNSEL:
Attorney at Law                                        Ball, Ball, Matthews & Novak, P.A.
134 N. Broadnax Street                              P. O. Drawer 2148
Dadeville, Alabama 36853                         Montgomery, AL 36102-2148
Telephone: (256) 825-4631                        Telephone: (334) 387-7680